```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 07435
   DIANA PANCHEVA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

              Debtor
   SSN XXX-XX-4802


---------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/28/08 .

   2.  The case was converted to Chapter 7 without confirmation, 06/26/2008.

   3.  The Debtor paid a total of $     316.00 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME                  CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                 PAID            PAID
---------------------------------------------------------------------------
GMAC RESCAP LLC                CURRENT MORTG         .00             .00              .00
CITIMORTGAGE INC               SECURED               .00             .00              .00
INTEGRA                        SECURED               .00             .00            25.00
WACHOVIA DEALER SERVICES       SECURED VEHIC         .00             .00              .00
AMERICAN EXPRESS               UNSECURED       NOT FILED             .00              .00
FIA CARD SERVICES              UNSECURED       NOT FILED             .00              .00
CHASE BANK USA                 UNSECURED       NOT FILED             .00              .00
CHASE BANK USA                 UNSECURED       NOT FILED             .00              .00
CHASE MANHATTAN BANK USA       UNSECURED       NOT FILED             .00              .00
CHASE BANK USA                 UNSECURED       NOT FILED             .00              .00
CITICARDS PRIVATE LABEL        UNSECURED       NOT FILED             .00              .00
DISCOVER BANK                  UNSECURED       NOT FILED             .00              .00
DISCOVER BANK                  UNSECURED       NOT FILED             .00              .00
      Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00         .00          .00
PRINCIPAL PAID      25.00          .00          .00         .00        25.00
INTEREST PAID         .00          .00          .00         .00          .00
TOTAL PAID          25.00          .00          .00         .00        25.00
The Debtor's attorney, CHAD M HAYWARD                    , was allowed $   3500.00
and was paid $   1500.00  direct and $     272.67  through the plan.

The Trustee received $      18.33 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                    /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```